# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )

**Alonza Jacobs** )  Case No. _____
**2647 Millard Fuller Way** )  Chapter   **13**
**Concord, NC 28027** )
)
)
)
)
)
)
SS#  **xxx-xx-8007** )
SS# )
Debtor(s) )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **August 29, 2014** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.     Plan Payments**

The plan proposes a payment of   **$950.00**   per month for a period of   **60**   months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.    Administrative Costs**

   **1.    Attorney fees.**
   
   ■    The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $   **500.00**   from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
   
   ☐    The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

   **2.    Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.   Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

   **1.    Domestic Support Obligations ("DSO")**

   a.    ■    None

   b.    The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c.    All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d.    Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

   **2.    Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Cabarrus County Tax Collector** | $0.00 |
| **Credit Bureau** | $0.00 |
| **Employment Security Commission** | $0.00 |
| **IRS** | $0.00 |
| **NC Department of Revenue** | $349.10 |

## IV.    Secured Claims

### 1.    Real Property Secured Claims

a.    ■    None

b.    All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

### 2.    Personal Property Secured Claims

a.    ☐    None

b.    Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| Ft Bragg Federal Cr Un | **2010 Toyota Tundra Double Cab V8 90% NADA retail value $25,582.50** | **$17,240.00** | **Y** | **$0.00** | **$0.00** | **$327.32** | **5.25%** |
| Ft Bragg Federal Cr Un | **2011 Toyota Camry V6 LE 95,707 miles 90% NADA retail value $12,982.50** | **$11,626.00** | **Y** | **$0.00** | **$0.00** | **$220.73** | **5.25%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

### 3.    Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **Ft Bragg Federal Cr Un** | **2012 Cadillac CTS-V8 Coupe 2D V Series 21,774 miles 90% NADA retail value $43,807.50** |
| **Village Capital/dovnem** | **Possible deficiency on house and land located at: 931 Scully Dr. Fayetteville, NC 28314** |

**4.    Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| **-NONE-** | |

**V.    Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| **-NONE-** | | | |

**VI.    General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is **56** %.

**VII.    Executory Contracts/Leases**

a.    ■    None

b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c.    The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

**VIII.    Special Provisions**

a.    ■    None

b.    Other classes of unsecured claims and treatment

c.    Other Special Terms


Date: **August 29, 2014**                                    **/s/ Kristen Nardone**

**Kristen Nardone 28063**
Attorney for the Debtor
Address:      **PO Box 1394**
              **Concord, NC 28026-1394**
Telephone:    **704-784-9440**
State Bar No. **28063**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Alonza Jacobs** | ) | **NOTICE TO CREDITORS** |
| | ) | **AND** |
| | ) | **PROPOSED PLAN** |
| SS#   **xxx-xx-8007** | ) | |
| SS# | ) | Case No. _____ |
| Debtor(s) | ) | |

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**Cabarrus County Tax Collector**
**Box 707**
**Concord, NC 28026**

**Chase**
**201 N. Walnut St//De1-1027**
**Wilmington, DE 19801**

**Citgo Oil / Citibank**
**Citicorp Credit Services/Attn:Centralize**
**Po Box 20507**
**Kansas City, MO 64195**

**Citgo Oil / Citibank**
**Po Box 6497**
**Sioux Falls, SD 57117**

**Citibank Usa**
**Citicorp Credit Services/Attn:Centralize**
**Po Box 20507**
**Kansas City, MO 64195**

**Citibank Usa**
**Po Box 6497**
**Sioux Falls, SD 57117**

**Credit Bureau**
**ATTN: Officer or Managing Agent**
**PO Box 26140**
**Greensboro, NC 27402-6140**

**Cumberland County Clerk of Superior Cour**
**117 Dick St.**
**Fayetteville, NC 28301**

**Employment Security Commission**
**PO Box 26504**
**Raleigh, NC 27611-6504**

**Ft Bragg Federal Cr Un**
**Bldg 4 -3871 Bastone Drive**
**Fort Bragg, NC 28307**

**Ft Bragg Federal Cr Un**
**Bldg 4 -3871 Bastone Drive**
**Fort Bragg, NC 28307**

**Ft Bragg Federal Cr Un**
**Bldg 4 -3871 Bastone Drive**
**Fort Bragg, NC 28307**

**Ft Bragg Federal Cr Un**
**Bldg 4 -3871 Bastone Drive**
**Fort Bragg, NC 28307**

**GECRB/Lens Crafters**
**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

**GECRB/Lens Crafters**
**Po Box 981439**
**El Paso, TX 79998**

**GECRB/Lowes**
**Attention: Bankruptcy Department**
**Po Box 103104**
**Roswell, GA 30076**

**GECRB/Lowes**
**Po Box 965005**
**Orlando, FL 32896**

**Hutchens Law Firm**
**PO Box 12497**
**Charlotte, NC 28220-2497**

**IRS**
**PO Box 2116**
**Philadelphia, PA 19114**

**Military Star**
**3911 S Walton Walker Blvd**
**Dallas, TX 75265**

**Military Star**
**3911 S. Walton Walker Blvd.**
**Dallas, TX 75265**

**NC Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602**

**Shell Oil / Citibank**
**Attn: Centralized  Bankruptcy**
**Po Box 20363**
**Kansas City, MO 64195**

**Shell Oil / Citibank**
**Po Box 6497**
**Sioux Falls, SD 57117**

**Village Capital/dovnem**
**1 Corporate Dr Ste 360**
**Lake Zurich, IL 60047**

| | |
|---|---|
| Date: **August 29, 2014** | **/s/ Kristen Nardone** |
| | **Kristen Nardone 28063** |